UNITED STATES of America,
Plaintiff–Appellee,

v.

Tommy Lewis WALKER, Defendant–
Appellant.

No. 06–12926
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 6, 2007.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Defender Office, Tallahassee, FL, Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL for Defendant–Appellant.

Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, Esq., appointed counsel for Tommy Lewis Walker, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsels' assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is

**GRANTED,** and Walker's conviction and sentence are **AFFIRMED.**